# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA TALLAHASSEE DIVISION

**ALPHONSO LEE DENMARK,**

 **Plaintiff,**

**vs.**           **Case No. 4:17cv187-MW/CAS**

**LAW CLERKS,**

 **Defendants.**

_____/

## REPORT AND RECOMMENDATION

 This case was transferred to this Court from the United States District Court for the Middle District of Florida. ECF No. 4. Upon review, it was not clear whether Plaintiff intended to proceed in federal court. ECF No. 7. In the event Plaintiff desired to proceed with this case, Plaintiff was required to file an "amended complaint" on or before May 25, 2017. *Id.* Furthermore, Plaintiff was directed to either pay the filing fee for this case or file an in forma pauperis motion. *Id.*

 As of this date, Plaintiff has not responded to that Order. Because Plaintiff did not comply, it appears that Plaintiff has abandoned this litigation. Plaintiff was advised that if he failed to comply with that Order, a

recommendation may be made to dismiss this case for failure to prosecute and failure to comply with a Court Order. *Id.* Dismissal is now appropriate.

It is respectfully **RECOMMENDED** that this case be **DISMISSED** for failure to prosecute and comply with a court order.

**IN CHAMBERS** at Tallahassee, Florida, on June 6, 2017.

 S/     Charles A. Stampelos
**CHARLES A. STAMPELOS**
**UNITED STATES MAGISTRATE JUDGE**

**NOTICE TO THE PARTIES**

**Within fourteen (14) days after being served with a copy of this Report and Recommendation, a party may serve and file specific written objections to these proposed findings and recommendations. Fed. R. Civ. P. 72(b)(2). A copy of the objections shall be served upon all other parties. A party may respond to another party's objections within fourteen (14) days after being served with a copy thereof. Fed. R. Civ. P. 72(b)(2). Any different deadline that may appear on the electronic docket is for the Court's internal use only and does not control. If a party fails to object to the Magistrate Judge's findings or recommendations as to any particular claim or issue contained in this Report and Recommendation, that party waives the right to challenge on appeal the District Court's order based on the unobjected-to factual and legal conclusions. *See* 11th Cir. Rule 3-1; 28 U.S.C. § 636.**