IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

ALPHONSO LEE DENMARK,

    **Plaintiff,**

v.                                      Case No. 4:17cv187-MW/CAS

LAW CLERKS,

    **Defendants.**

_____/

## ORDER ACCEPTING AND ADOPTING
## REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 8. Upon consideration, no objections having been filed by the parties,

**IT IS ORDERED:**

The report and recommendation is **accepted and adopted** as this Court's opinion. The Clerk shall enter judgment stating, "This case is **DISMISSED** for failure to prosecute and comply with a court order." The Clerk shall close the file.

**SO ORDERED on July 6, 2017.**

                                                **s/Mark E. Walker    **
                                                **United States District Judge**